# MEMORANDA

# ·CASES NOT REPORTED IN FULL.

---

## FRED GRAFF AND S. CAMPBELL WARNER, RESPONDENTS, v. JOHN T. ROSS, APPELLANT.

*Referee's findings of fact — not reviewable unless it appears by the case that it contains all the evidence — the record must show that requests to find were submitted under section 1023 of the Code of Civil Procedure.*

APPEAL from a judgment entered in Oneida county in an action brought for goods sold.

The court at General Term said : " When a judgment, in an action tried before a referee, has been entered upon his report, and an appeal taken under the first subdivision of section 1346 of the Code of Civil Procedure, and the appeal is heard upon a case, the referee's findings of fact cannot be reviewed unless it appears by the case that it contains all of the evidence, or all bearing upon the question of fact sought to be reviewed. (*Porter* v. *Smith*, 35 Hun, 118; *Spence* v. *Chambers*, 39 id., 193.) The case before this court not complying with this rule of practice, the questions of fact discussed in the briefs cannot be considered.

The record not showing that the defendants submitted requests under section 1023 of the Code of Civil Procedure, the exceptions to the findings of fact present no questions which can be reviewed in this court." (Code Civil Pro., § 993 : *Porter* v. *Smith*, *supra*; *Spence* v. *Chambers*, *supra*.)

*T. H. & N. F. Breen*, for the appellant.

*S. M. Lindsley*, for the respondents.

Opinion by FOLLETT, J.; HARDIN, P. J., and MARTIN, J., concurred.

Judgment affirmed, with costs.